**STATE of Missouri, Respondent,**

v.

**Roger BROWN, Appellant.**

**No. 51560.**

Missouri Court of Appeals,
Eastern District,
Division Six.

Jan. 27, 1987.

Motion for Rehearing and/or Transfer
Denied March 11, 1987.

---

Deborah Lambdin Stockhausen, Asst. Public Defender, St. Louis, for appellant.

John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

## ORDER

PER CURIAM:

Direct appeal from a jury conviction for escape from confinement, in violation of § 575.210, RSMo 1978, and the unlawful use of a weapon, in violation of § 571.030.-1(1), RSMo Supp.1984.

Judgment affirmed. Rule 30.25(b).